BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    Fax: (415) 436-6748
    e-mail: melanie.proctor@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel.<br>BROOKE HALLAM,<br><br>                Plaintiff,<br><br>     v.<br><br>EV3 Endovascular, Inc.., a corporation, et al.,<br><br>                Defendants. | CASE NO. C 15-0091 EDL<br><br>**STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME AND AMENDMENT TO PARTIAL LIFT ORDER**; ~~PROPOSED~~ **ORDER**<br><br>**FILED UNDER SEAL** |

      The United States of America, the State of California (on behalf of, and with the consent of, the other States named as plaintiffs in this qui tam action), and BROOKE HALLAM, as Relator, through their undersigned counsel of record, hereby stipulate and request that the Court

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME AND PARTIAL LIFT OF SEAL; PROPOSED ORDER
C 15-0091 EDL

1

enlarge until December 4, 2015, the period during which the United States may elect to intervene in the above-captioned False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733 qui tam action or notify the Court that it declines to do so, during which period the complaint and other filings shall remain under seal and not be served on the defendant.

1. This request is being filed ex parte pursuant to Civ. L.R. 7-10 and the FCA. It is not being served on Defendants, as the case is under seal and Defendants have not yet been served in this case. This filing is being served on Relator. To avoid a multiplicity of motions, the United States is authorized to seek an extension of the intervention deadlines on behalf of the States and the District of Columbia, each of whose statutes are invoked in the complaint under their respective False Claims Acts.

2. This action was filed on October 23, 2014, in the Northern District of Illinois, under the qui tam provisions of the FCA. Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b). The action was transferred to this District on December 17, 2014.

3. In this action, Relator alleges, *inter alia*, that Defendants engaged in unlawful kickback schemes.

4. Under the FCA, the qui tam relator is required to file the complaint under seal and serve it on the United States, but not on the defendant, so that the government may investigate the allegations in the complaint and make an informed decision whether to intervene in the action before the defendant is made aware of the case. The FCA provides that the complaint "shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2). The qui tam provisions of the FCA expressly contemplate that motions for extensions of the 60-day period will be permitted upon a showing of "good cause." 31 U.S.C. § 3730(b)(2) and (3).

5. In the present case, Relator completed service of her written disclosure of material evidence and the Complaint on the United States Attorney for the Northern District of Illinois in October 2014. The seal currently expires on June 4, 2015.

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME AND PARTIAL LIFT OF SEAL; PROPOSED ORDER
C 15-0091 EDL

2

6. The United States and California are actively investigating this case. Since the Complaint was transferred, the United States and California have assembled a team of investigators and attorneys, interviewed the relator, served a subpoena upon Defendant, and have begun to receive documents from Defendant in response to that subpoena. Defendant's production of responsive documents, and the government's review of those documents, is ongoing. The United States has determined that additional time will be necessary to complete its investigation and make an intervention decision.

7. This is the first request for an extension of the seal and intervention deadlines in this case in this District. During the extension period, if granted, the Government will continue to diligently investigate Relator's allegations.

8. Due to Civil L.R. 79-5, which provides that sealed documents are automatically unsealed ten years from the date the case is closed, the United States is reluctant to provide more specific information about its investigation in writing. If the Court so requests, the undersigned government counsel will provide oral information about the government's investigation in camera, pursuant to 31 U.S.C. § 3730(b)(3).

9. The seal has been partially lifted to allow the United States to share the complaint with certain state entities, other relators and their counsel, and United States District Courts presiding over any other qui tam complaints asserting the same or similar allegations against Defendant and/or its corporate family members. The United States has now determined that, to more expeditiously investigate the allegations, it must have a full and open dialogue with Defendant regarding the allegations. Accordingly, the United States requests that the partial lifting of the seal in this case be expanded to include Defendant. Partial lifting of the seal will permit the United States, at its option, to disclose the existence of the qui tam suit, as well as the Relators' complaint and evidence, to Defendant. The United States asks that the case remain under seal for all other purposes.

DATED: May 27, 2015                 BENJAMIN C. MIZER
                                    Principal Deputy Assistant Attorney General

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME AND PARTIAL LIFT OF SEAL; PROPOSED ORDER
C 15-0091 EDL

3

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
|  | /s/Melanie L. Proctor<br>MELANIE L. PROCTOR<br>Assistant United States Attorney<br>MICHAEL GRANSTON<br>TRACY L. HILMER<br>AMY D. KOSSAK<br>Attorneys, Civil Division<br>United States Department of Justice<br>    Ben Franklin Station, Box 261<br>    Washington, D.C. 20044<br>    Telephone: (202) 616-2856<br>    Fax: (202) 305-7797<br>    e-mail: Amy.D.Kossak@usdoj.gov |
|  | Attorneys for the United States of America |
| DATED: May 21, 2015 | KAMALA HARRIS<br>Attorney General for the State of California |
|  | /s/Siobhan Franklin<br>SIOBHAN FRANKLIN<br>Deputy Attorney General<br>California Attorney General's Office<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>    1455 Frazee Road, Suite 315<br>    San Diego, CA  92108<br>    Telephone:  619-688-6071<br>    Siobhan.Franklin@doj.ca.gov |
|  | Attorneys for the State of California |
| DATED: May 26, 2015 | /s/Susan M. Coler<br>SUSAN M. COLER<br>Halunen & Associates<br>    1650 IDS Center<br>    80 South Eighth Street<br>    Minneapolis, MN 55402 |
|  | Attorneys for Relator |

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME AND PARTIAL LIFT OF SEAL; PROPOSED ORDER
C 15-0091 EDL

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED THAT:

1. The United States and the plaintiff-States shall have up to and including December 4, 2015, to inform the Court of their decisions whether to intervene in this matter.

2. The United States is permitted to disclose, in its discretion, in whole or in part, this order, the Complaint (and any amended complaints that relator(s) may file in this case), and the allegations or nature of the claims asserted in the Complaint (and any amended complaints that relator(s) may file in this case) to Defendant and its counsel

3. This matter shall otherwise remain under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel.<br>BROOKE HALLAM,<br><br>        Plaintiff,<br><br>  v.<br><br>EV3 ENDOVASCULAR, INC., a corporation, et al.,<br><br>        Defendants.              / | Case No. C 15-00091 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2015, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melanie L. Proctor
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

Siobhan Franklin
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

**(GOVERNMENT'S COUNSEL TO SERVE APPROPRIATE PARTIES NOT LISTED ON THIS CERTIFICATE OF SERVICE.)**

Dated: June 3, 2015

                                Richard W. Wieking, Clerk

                                By: _____
                                Stephen Ybarra, Deputy Clerk