BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6730
      Fax: (415) 436-6748
      e-mail: melanie.proctor@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
      Ben Franklin Station, Box 261
      Washington, D.C. 20044
      Telephone: (202) 616-2856
      Fax: (202) 305-7797
      e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel.<br><br>BROOKE HALLAM,<br><br>          Plaintiff,<br><br>       v.<br><br>EV3 Endovascular, Inc., a corporation, et al.,<br><br>          Defendants. | CASE NO. C 15-0091 EDL<br><br>**STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME**; **[~~PROPOSED~~ ORDER]**<br><br>**FILED UNDER SEAL** |

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

1

The United States of America, the State of California (on behalf of, and with the consent of, the other states and the District of Columbia named as plaintiffs in this qui tam action (collectively, the "States")), and BROOKE HALLAM, as Relator, through their undersigned counsel of record, hereby stipulate and request that the Court enlarge until June 4, 2016, the period during which the United States may elect to intervene in the above-captioned False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733 qui tam action or notify the Court that it declines to do so, during which period the complaint and other filings shall remain under seal and not be served on Defendants.  Similar motions are being filed today in the two other cases that have been related to this case under Local Rule 3-12.  All three motions seek an extension of the seal and intervention deadlines until June 4, 2016.

1.      This request is being filed ex parte pursuant to Civ. L.R. 7-10 and the FCA.  It is not being served on Defendants, as the case is under seal and Defendants have not yet been served in this case.  This filing is being served on Relator.  To avoid a multiplicity of motions, the United States is authorized to seek an extension of the intervention deadlines on behalf of the States, each of whose statutes are invoked in the complaint under their respective False Claims Acts.

2.      This action was filed on October 23, 2014, in the Northern District of Illinois, under the qui tam provisions of the FCA.  Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States.  31 U.S.C. § 3730(b).  The action was transferred to this District on December 17, 2014.

3.      In this action, Relator alleges, *inter alia*, that Defendants engaged in unlawful kickback schemes.

4.      Under the FCA, the qui tam relator is required to file the complaint under seal and serve it on the United States, but not on the defendant, so that the government may investigate the allegations in the complaint and make an informed decision whether to intervene in the action before the defendant is made aware of the case.  The FCA provides that the complaint "shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2).  The qui tam provisions of the FCA expressly

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

1    contemplate that motions for extensions of the 60-day period will be permitted upon a showing

2    of "good cause."  31 U.S.C. § 3730(b)(2) and (3).

3         5.      In the present case, Relator completed service of her written disclosure of material

4    evidence and the Complaint on the United States Attorney for the Northern District of Illinois in

5    October 2014.  The seal currently expires on December 4, 2015.

6         6.      The United States and the State of California are actively investigating this case.

7    Since the Complaint was transferred, the United States and the State of California have

8    assembled a team of investigators and attorneys, interviewed the relator, served a subpoena upon

9    Defendant Covidien, and received documents from Defendant Covidien in response to that

10   subpoena.  On June 3, 2015, at the request of the United States, this Court partially lifted the seal

11   on this action to permit the United States, among other things, to disclose relators' allegations to

12   Defendant and its counsel, which the United States has done.  The United States and Defendant

13   Covidien will be meeting in early December to further discuss the allegations in the complaint

14   and further advance the investigation. The United States has determined that additional time will

15   be necessary to complete its investigation and make an intervention decision.

16        7.      Accordingly, the United States and the State of California seeks a six-month

17   extension of the seal and intervention in the present case until June 4, 2016.  This is the second

18   request for an extension of the seal and intervention deadlines in this case in this District.  During

19   the extension period, if granted, the United States and the State of California will continue to

20   diligently investigate Relator's allegations.

21   DATED: November 30, 2015          BENJAMIN C. MIZER
22                                    Principal Deputy Assistant Attorney General

23                                    BRIAN J. STRETCH
24                                    Acting United States Attorney

25                                    /s/Melanie L. Proctor
                                 MELANIE L. PROCTOR
26                                    Assistant United States Attorney
                                 MICHAEL D. GRANSTON
27                                    TRACY L. HILMER
28                                    AMY D. KOSSAK

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

1

2

3

4

5
                                  Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

6
DATED: November 30, 2015          KAMALA HARRIS
Attorney General for the State of California

7

8
/s/Siobhan Franklin
SIOBHAN FRANKLIN

9
Deputy Attorney General
California Attorney General's Office

10
Bureau of Medi-Cal Fraud and Elder Abuse
    1455 Frazee Road, Suite 315

11
    San Diego, CA  92108
    Telephone:  619-688-6071

12
    Siobhan.Franklin@doj.ca.gov

13
Attorneys for the State of California

14

15
DATED: November 30, 2015          /s/Susan M. Coler
SUSAN M. COLER

16
Halunen & Associates
    1650 IDS Center

17
    80 South Eighth Street

18
    Minneapolis, MN 55402

19
Attorney for Relator

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

4

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED THAT:

      1.      The United States and the plaintiff-States shall have up to and including June 4, 2016, to inform the Court of their decisions whether to intervene in this matter.

      2.      This matter shall otherwise remain under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: ___December 3, 2015___

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

5