BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    Fax: (415) 436-6748
    e-mail: melanie.proctor@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel.<br>BROOKE HALLAM,<br><br>               Plaintiff,<br><br>    v.<br><br>EV3 Endovascular, Inc., a corporation, et al.,<br><br>               Defendants. | CASE NO. C 15-0091 EDL<br><br>**STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME;** [~~PROPOSED ORDER~~]<br><br>**FILED UNDER SEAL** |

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

1

The United States of America, the State of California (on behalf of, and with the consent of, the other states and the District of Columbia named as plaintiffs in this qui tam action (collectively, the "States")), and BROOKE HALLAM, as Relator, through their undersigned counsel of record, hereby stipulate and request that the Court enlarge until December 5, 2016, the period during which the United States may elect to intervene in the above-captioned False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733 qui tam action or notify the Court that it declines to do so, during which period the complaint and other filings shall remain under seal and not be served on Defendants. Similar motions are being filed today in the two other cases that have been related to this case under Local Rule 3-12. All three motions seek an extension of the seal and intervention deadlines until December 5, 2016.

1. This request is being filed ex parte pursuant to Civ. L.R. 7-10 and the FCA. It is not being served on Defendants, as the case is under seal and Defendants have not yet been served in this case. This filing is being served on Relator. To avoid a multiplicity of motions, the United States is authorized to seek an extension of the intervention deadlines on behalf of the States, each of whose statutes are invoked in the complaint under their respective False Claims Acts.

2. This action was filed on October 23, 2014, in the Northern District of Illinois, under the qui tam provisions of the FCA. Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b). The action was transferred to this District on December 17, 2014.

3. In this action, Relator alleges, *inter alia*, that Defendants engaged in unlawful kickback schemes.

4. Under the FCA, the qui tam relator is required to file the complaint under seal and serve it on the United States, but not on the defendant, so that the government may investigate the allegations in the complaint and make an informed decision whether to intervene in the action before the defendant is made aware of the case. The FCA provides that the complaint "shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2). The qui tam provisions of the FCA expressly

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

2

contemplate that motions for extensions of the 60-day period will be permitted upon a showing of "good cause." 31 U.S.C. § 3730(b)(2) and (3).

5. In the present case, Relator completed service of her written disclosure of material evidence and the Complaint on the United States Attorney for the Northern District of Illinois in October 2014. The seal currently expires on June 4, 2016.

6. The United States and the State of California are actively investigating this case. Since the Complaint was transferred, the United States and the State of California have assembled a team of investigators and attorneys, interviewed the relator, served a subpoena upon Defendant Covidien, and received documents from Defendant Covidien in response to that subpoena. On June 3, 2015, at the request of the United States, this Court partially lifted the seal on this action to permit the United States, among other things, to disclose relators' allegations to Defendant and its counsel, which the United States has done. The United States and Defendant Covidien met in early December to further discuss the allegations in the complaint and further advance the investigation, and will meet again in July. The United States has determined that additional time will be necessary to complete its investigation and make an intervention decision.

7. Accordingly, the United States and the State of California seeks a six-month extension of the seal and intervention in the present case until December 5, 2016. This is the third request for an extension of the seal and intervention deadlines in this case in this District. During the extension period, if granted, the United States and the State of California will continue to diligently investigate Relator's allegations.

DATED: May 23, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIAN J. STRETCH
United States Attorney

/s/Melanie L. Proctor
MELANIE L. PROCTOR
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

3

AMY D. KOSSAK
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
Washington, D.C. 20044
Telephone: (202) 616-2856
Fax: (202) 305-7797
e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: May 23, 2016

KAMALA HARRIS
Attorney General for the State of California

_/s/ Siobhan Franklin_
SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

DATED: May __, 2016

_____
SUSAN M. COLER
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Attorney for Relator

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

4

|   |   |
|---|---|
| | AMY D. KOSSAK |
| | DAVID T. COHEN |
| | Attorneys, Civil Division |
| | United States Department of Justice |
| | Ben Franklin Station, Box 261 |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-2856 |
| | Fax: (202) 305-7797 |
| | e-mail: Amy.D.Kossak@usdoj.gov |
| | Attorneys for the United States of America |
| DATED: May __, 2016 | KAMALA HARRIS |
| | Attorney General for the State of California |
| | _____ |
| | SIOBHAN FRANKLIN |
| | Deputy Attorney General |
| | California Attorney General's Office |
| | Bureau of Medi-Cal Fraud and Elder Abuse |
| | 1455 Frazee Road, Suite 315 |
| | San Diego, CA 92108 |
| | Telephone: 619-688-6071 |
| | Siobhan.Franklin@doj.ca.gov |
| | Attorneys for the State of California |
| DATED: May 20, 2016 | /s/ Susan M. Coler |
| | SUSAN M. COLER |
| | Halunen & Associates |
| | 1650 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| | Attorney for Relator |

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

4

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The United States and the plaintiff-States shall have up to and including December 5, 2016, to inform the Court of their decisions whether to intervene in this matter.

2. This matter shall otherwise remain under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: May 27, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND REQUEST
FOR ENLARGEMENT OF TIME; PROPOSED ORDER
C 15-0091 EDL

5