UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>EV3 ENDOVASCULAR, INC., et al.,<br><br>                    Defendants. | Case No. 15-cv-00091-VC<br><br>**ORDER TO SHOW CAUSE** |

The plaintiff is ordered to show cause why the case should not be dismissed for failure to serve the amended complaint in accordance with the April 3, 2019 order. A written response to the order to show cause is due within seven days of this order. A hearing on the order to show cause will take place July 31, 2019, at 10 a.m. in Courtroom Four.

**IT IS SO ORDERED.**

Dated: July 9, 2019

_____
VINCE CHHABRIA
United States District Judge