UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOKE HALLAM,<br><br>    Plaintiff-Relator,<br><br>    v.<br><br>EV3 ENDOVASCULAR, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-00091-VC<br><br>**ORDER GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 48 |

The defendant in this *qui tam* lawsuit has moved to transfer the case to the District of Minnesota under 28 U.S.C. § 1404(a). The lawsuit could originally have been brought in that district because the defendant is headquartered there. *See* 31 U.S.C. § 3732(a). And the case has a strong connection to Minnesota: the relator lives there, the defendant has its headquarters there, and the events underlying many of the claims took place there. Furthermore, several of the claims arise under Minnesota state law.

These connections to Minnesota are far stronger than the lawsuit's connection to California. The relator brings one claim (out of more than thirty) under California's False Claims Act for payments made in California. She did not even file this lawsuit in California originally, and it was transferred here for reasons of judicial economy that appear to no longer apply. *See* Dkt. 1-7.

For all these reasons, the section 1404(a) factors strongly favor a change of venue. *See Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498-99 (9th Cir. 2000). Covidien's motion to transfer to the District of Minnesota is granted. The Clerk is directed to transfer the case to the District of Minnesota.

   **IT IS SO ORDERED.**

Dated: September 16, 2019

_____

VINCE CHHABRIA
United States District Judge